**United States District Court**
For the Northern District of California

1                                                **\*E-Filed 11/22/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAZIN K. YALDO, M.D., | No. C 10-80171 RS |
|          Plaintiff, | |
|    v. | **ORDER RE BRIEFING** |
| JOHN DOE, | |
|          Defendant. | |
| _____/ | |

       Pursuant to Civil Local Rule 72-2, defendant John Doe seeks relief from a nondispositive pretrial order of the magistrate judge that denied his motion to quash a third-party subpoena served by plaintiff on Google, Inc. No later than December 2, 2010, plaintiff shall file any opposition, not to exceed five pages. Unless otherwise ordered, the matter shall then be submitted for decision without further briefing or oral argument.

IT IS SO ORDERED.

Dated:  11/22/10

                       _____
                       RICHARD SEEBORG
                       UNITED STATES DISTRICT JUDGE